UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE R. K.,<br><br>  Plaintiff,<br><br>  v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,[1]<br><br>  Defendant. | Case No. SA CV 24-2030-E<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for

///
///
///
///

---

[1] Leland Dudek, Acting Commissioner of Social Security, is hereby substituted as Defendant in this matter. See Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 405(g).

further administrative action consistent with the Opinion filed concurrently herewith.

DATED: April 29, 2025.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

further administrative action consistent with the Opinion filed concurrently herewith.

DATED: April 29, 2025.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE